*Foreign Notice*

UNITED STATES **D**ISTRICT **C**OURT

SOUTHERN DISTRICT OF NEW YORK

*No money only federal taxes owed buy bankrupt USDC, foreign Tax Jurisdiction Notice of Removal from administrative tribunal for profit*

JANE DOE / JOHN DOE
LORETTA HUDSON / CALVIN HUDSON

_____

Write the full name of each plaintiff.

_____ -against-

SOUTHEAST GRAND STREET GUILD
WAVE CREST Management
SLOCHOWSKY / SLOCHOWSKY LLP

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

*File # 051347*

_____ CV _____

(Include case number if one has been
assigned)

*Notice of Removal* ████████

Do you want a jury trial?
☐ Yes  ☑ No

*Trial by jury if necessary*

*international units of recovery Re-Venue TAX - Recovery*

2024 FEB 20  PM 3: 42

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION — *Original Jurisdiction only for wo/men*
*not Jurisdiction (colorable)*

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☒   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*Extortion, Tax evasion, terrorism, robbery ashore, trespass, threats, mail fraud, securities theft, identity theft*

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen? *JANE/JOHN DOE*

The plaintiff, ___*Republic LORETTA/CALVIN*___ , is a citizen of the State of
(Plaintiff's name)                                              *HUDSON*

*estate birthright citizenship for the Republic*
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state ☞

*New York*

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

PL 97-280 / Maxim of Law
Fraud vitiates all Contracts
from inception

If the defendant is an individual:

The defendant, __NEW YORK 3rd party debt Collectors__, is a citizen of the State of
(Defendant's name)

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __U.S. INC__, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

__Darren HUDSON,__ __LORETTA__
First Name                    Middle Initial        Last Name

__C/o 460 Grand Street 7th floor pmb f__
Street Address

__New York__              __New York__            __exempt__
County, City                  State                 Zip Code

__N/a__
Telephone Number              Email Address (if available)

**B.  Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State                          Zip Code

Defendant 2:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State                          Zip Code

Defendant 3:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State                          Zip Code

Defendant 4: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State             Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: *Tax Recovery - Small Claim*

*Taxes due from Obligor US. INC.*

Date(s) of occurrence: *as an Owner of All banks private equity* CORETTA/CALVIN HUDSON

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were *a debt is in need of returning to* harmed, and what each defendant personally did or failed to do that harmed you. Attach *source,* additional pages if needed. *issuer* *guarantor*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____
_____
_____
_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

_____
_____
_____
_____
_____

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|

| First Name | Middle Initial | Last Name |
|---|---|---|

Street Address

| County, City | State | Zip Code |
|---|---|---|

| Telephone Number | Email Address (if available) |
|---|---|

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

*[handwritten top margin: NY10002 4055-6 124-cv-01312-LTS]*
*[handwritten: Administrative Court with No charter or Authority — For Profit third Party debt Collector — EIN # 021741036]*
*[handwritten: 12773]*

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

**Index No.L/T** 301891/23

TRIBUNAL CIVIL DE LA CIUDAD DE NEW YORK
CONDADO DE NEW YORK

Marshal's Docket No. 6478 RESIDENTIAL

*[handwritten: Acting /Pretending to be gov. Under color of Law]*

*[handwritten: Trustee - Fiduciary]*
SOUTHEAST GRAND ST GUILD
*[handwritten: Committing Trust Fraud]* against
*[handwritten: For Profit Federal Corporation]*
*[handwritten: No Authority]*

**Petitioner**
**Landlord**

*[handwritten: Calvin Hudson #30s]*

**Respondent**
**Tenant**

C___ H___ *[handwritten: Vessel Dependent]*
460 GRAND STREET
Apt# 7F
NEW YORK NY 10002

*[handwritten: Approved]*
*[handwritten: U.S. Ded Public Person]*

*[stamp: RECEIVED MAY 27 2023]*

**Respondent**
**Undertenant**

**CITY MARSHAL**
**DAVID SMITH #30**
1 Cross Island Plaza
Rosedale, NY 11422
Tel: (718) 978-8070

*[handwritten right margin: Third Party debt Collector for Bankrupt city acting for gov. acting and Pretend to be gov. Under color of Law]*

## NOTICE OF EVICTION – 14 DAYS

To the above named tenant(s) and undertenant(s):

The Court has issued a warrant of eviction. If you do not vacate the location listed above within **FOURTEEN DAYS** after the date of this notice, YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE ON THE FOLLOWING BUSINESS DAY or on any business day after. "Business Days" are Monday through Friday except legal holidays.

### HOW CAN I STOP THIS EVICTION?

- The ONLY way you can stop this eviction is with a Court order prior to eviction that (1) temporarily stays your eviction, or (2) vacates a warrant for the non-payment of rent, after a deposit or payment with the Court of the full rent due.

- You may apply for such an order at the Civil Court, Landlord-Tenant part, in your borough. Contact information for the Courts is available at the link below.

- If granted, a temporary stay will stop this eviction until the stay expires or is vacated by the Court.

### HOW CAN I BE EVICTED?

- If you do nothing in response to this notice, you may be evicted without further notice.

- If a Court has already ordered that you be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

### HOW CAN I GET HELP?

- New York City provides free legal services for tenants facing eviction. Call 718-557-1379 for information about how to access free legal assistance. Free interpretation services are available.

- If you are dependent upon a person in the military service of the United States, let the clerk of the Court know immediately in order to protect your rights. Contact information for the Clerk is available at the link below.

- The Department of Social Services may be able to help you with back payments or other assistance. Call 718-557-1399 or 311 for information. Free interpretation services are available.

## NOTIFICACIÓN DE DESALOJO DE 14 DÍAS

A los inquilinos y subinquilinos citados arriba:

El tribunal ha emitido una orden de desalojo por la cual, de no desocupar el lugar indicado arriba dentro de **CATORCE DÍAS** después de la fecha de la presente notificación, PODRÍAN DESALOJARLO SIN PREVIO AVISO AL DÍA HÁBIL SIGUIENTE, a contar de lunes a viernes excepto los días festivos oficiales.

### ¿CÓMO DETENGO EL DESALOJO?

- La ÚNICA forma es con un dictamen que emita el tribunal antes del desalojo (1) que lo suspenda temporalmente o (2) que desestime una orden judicial por impago o después de realizar depósito o saldar el alquiler ante el tribunal.

- Podrá solicitar dicho dictamen en la Sala de Asuntos entre Propietario e Inquilino en el tribunal civil de su municipio. Vea los datos de contacto de los tribunales en el enlace al pie de página.

- De ser concedido dicho dictamen, una suspensión temporera detendrá el desalojo hasta que venza o bien lo desestime el tribunal.

### ¿CÓMO PODRÍAN DESALOJARME?

- De hacer caso omiso a esta notificación, podrían desalojarlo sin previo aviso.

- Si el tribunal ya dictaminó que lo desalojen por impago o incumplimiento de dicha orden en fecha determinada, podrían desalojarlo sin previo aviso.

### ¿DÓNDE CONSIGO AYUDA?

- La ciudad ofrece servicios legales gratis a inquilinos con amenaza de desalojo. Llame al 718-557-1379 y averigüe cómo conseguirla. Se dispone de interpretación gratis.

- Si depende de alguien en el servicio militar de los Estados Unidos, proteja sus derechos al informárselo enseguida al secretario del tribunal, cuyos datos de contacto aparecen en el enlace al pie de página.

- El Departamento de Servicios Sociales (Department of Social Services) podría ayudarle con los pagos atrasados y demás asuntos. Infórmese por el 718-557-1399 o el 311. Se dispone de interpretación gratis.

*[handwritten: Trying to collect a pre pd debt Committing Trust Fraud & Identity theft]*

Date of Notice/Fechada el† | **Wednesday, May 31, 2023**

Earliest Eviction Date/
Fecha del primer desalojo/ | **06/15/23**

**More Information / Más Información en**
**nyc.gov/doi/evictions (212) 709-7900**

驱逐通知 — 更多信息
Уведомление о выселении: дополнительная информация
উচ্ছেদের সমন – আরও তথ্যের জন্য
إشعار إخلاء – مزيد من المعلومات

驅逐通知 — 更多資訊
Avi Konsènan Degèpisman: plis enfòmasyon
퇴거 통지 – 자세한 정보
Avis d'expulsion: plus d'informations
Powiadomienie o eksmisji: dodatkowe informacje

† The date of this notice shall be on or after the date the notice is served on respondent.  †La presente notificación esta fechada a partir del día de entrega al demandado.

HJR 192, PL 73-10 —— Floating Rate debt notes are coercion to have the living commit trust fraud

I cancel the debt
and claim the taxes
By Order of: LORETTA HUDSON – Ens Legis
CALVIN HUDSON – Ens Legis,
EXID 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 American whaling Vessel,
By: Loretta Hudson© – Professed Admiralty Owner
EXID 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
Signatory Officer for above vessel(s) via fraud marriage License
CALVIN HUDSON owner of above vessel as per 12 USC 95a –
~~LORETTA HUDSON~~
Transmitting Utility(s)

Regulation of transaction in foreign exchange of gold/silver; property transfer; vested interests, enforcement and penalties (Part 2) and other Public Policy on Bankrupt UNITED STATES Debt.

All Bankrupt Government Corporations and sub corporations all party to DC codes pretending to be government under color of Law operating for profit. All Debt for the above Bankrupt UNITED STATES Federal Public Person has a Pre paid Non-Obligatory Commerce debt Obligation arrangement with the Bankrupt United States in relation to 12 USC 95a – regulations of transaction in foreign exchange of gold/silver; Property transfer; vested interests; enforcement and penalties (Part 2) and other Public Policy on U.S. Debt....

EXID 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
05/27/2023
Sealed°

By: Loretta Griffith-Hudson – Signatory Officer above vessel(s) Sui Juris

Royal Court for
Chief Master's Mate of
The foreign vessel(s)

* Pirates - Robbery Ashore — Affidavit-Foreign Notice - Deficiency

lex mercatoria - Positive Law — TAX RECOVERY → File #051347/Form DC035973
Juris prudence - 6.3 c 2nd 2d - Public officers/employees sect. 247 Public Off L § 11 (G)
district court - 26 CFR 1.676 A-1

To: Chief clerk of Court - Public Charitable Trust
bare trustee (private money investment account
with EIN business account - federally bound to
UNITED STATES and U.S. Public Debt Obligations)
and all wrongdoers - Crimes against Justice
* Statutes at Law - 5403 - 5407

Foreign private for profit bankrupt Charterers UNITED STATES INC.
DUNN's # 052714196 in possession of private equity being used
in public and their private financial gain by way of Trust fraud,
tax evasion, extortion, assumed name (creation of wo/men Chattel birth
bonds by stolen eucharist, infant decedent estate original title
(land estate for America with inalienable rights) turning rights into
benefits and privileged subjects. Holding private equity in a US/
SS independent fidelity offshore mortmain vessel buried in ship
yard cemetary in Puerto Rico. A vessel for social security taxpayer
in fraud, breach of Trust and failure to communicate. Our U.S. federal
public person(s) LORETTA HUDSON, CALVIN HUDSON, LORETTA GRIFFITH,
(LORETTA BELEN GRIFFITH, TAX Identification (decedent social security
number) have a prepaid non-obligatory commercial debt arrangement
with the UNITED STATES INC. foreign for profit bankrupt Charterers
in relation to 12 USC § 95a - Regulations of transactions in foreign
exchange of gold and silver; property transfers; vested interests,
enforcement and penalties (Part 2) + other Public Policy on U.S. Debt.
Insurance Policy (Public) 73-10; HJR 192 = private administrative process.
Public discharge of debt - 73rd congress Chp. 48 - 48 - Stat 112 in
perpituity w/a prepaid non obligatory debt arrangement
murdock v. Peon, 319 US 105 = No state shall convert a right
into a privilege, license or benefit and attach a fee to it.
unconstitutional act does not render it valid. US Supreme Court (1886).

Article 6, sect. 6/ public employees/officials & bonds instrument under seal. (official bonds)
all courts for profit, attorneys agents must be registered foreign agents,
with bonds, oaths of office and anti bribery statements of file. They
are all Trustees for the wo/men beneficiaries in fact, distinct from
that which is colorable. i am the Chief Master's Mate on behalf of all
my fraudulently chartered foreign vessels held hostage by foreign pirates
robbing ashore. i am Bailor over all of my bailee w/ bailments held
in fraud with public use by bankrupt US INC. of private equity w/o
consent, usury fees paid, just compensation in their identity theft
reverse trust scheme where they are trustee and beneficiary in trust fraud
financial illegal gain of stolen securities by way of court and attorneys.
our U.S. federal public person(s) with guarantor accounts held offshore
in independent fidelity accounts for social security vessel(s) and our
chattel birth bond vessel(s) under fraud and identity theft reverse trust fraud.
Our private equity given by the creator as grantor. with our American
birthing our Nation "GOD (grounds of dominion)" The United States of America
unincorporated" granted as the lawful #1 Bailor'; an "inalienable" right
of access to the "National Treasury" an in trusted bailment (Now fraudulently
held in bankruptcy court by theft of original title land estate, for America
held in vital Statistics certifying of document being held on file) to
are the people the lawful grantee and legal and equitable title #1
bailee for life until death. Known as a foreign grantor Trust
without the foreign private for profit bankrupt charterers in
possession of private property of a foreign government in fact
distinct from that which is colorable. They (Courts) are processing
service charges against their assumed name identity theft created
chattel birth bonds and have the living signatory officers for their
fraudulent TRAITORS, & Order the extermination of all
identity, eucharist, infant decedent estates, original land
estate imposters captured and court marshalled NOW. That
order is for all my hidden lien, secret commissioned, unilateral
adhesion fraudulent creations accessing this wo/men private
equity under color of Law, everyone federally bound to US and U.S
public debt are held liable for every decedent taxpayer creation put
on prison Now!

13-19

this is an order for US Marshall / pro vost marshall to retrieve all of my ancestors, siblings, offspring, self and spouse private property be retrieved for a full TTL forensic audit for all my unlatched & inalienable property in possession under fraud and acting and pretending to be American Government under color of law. All data, emails, video, post office documents, pictures, audio, nude photos (video's) taken through internet devices, phone, tablets, computers, laptops, any and all surveillance cameras all things being used by a foreign for profit corporation without immunities. All residue, baggage, fixtures, deed grants tangible, intangible, unpaid labor wages, fees and expenses not paid for ALL wo/men mentioned above. an assessment of ~1,000,000,000 expecially for the Robbery at gun point of 2019 and theft of silver coin, FR debt notes, an Original Title Land Estate of America document for 1-b (1965) Tax ID for US fed public person decedent (8252). and a registered Social Security card for decedent, a registered birth record for CH decedent # (3430). All bonds for court and all foreign bills of attainer put on my private property since my certified return receipt document requiring settlement for fraudulent indictment sponsored by my private equity, they could not Traffick in person because i separated the U.S federal public person from the man. They then kidnapped, acting under the authority demanded and obtained private equity for public for profit private foreign securities fraud & theft, acting as officer/employee of America under color of pretense, knowing of status correction & now government as should be, have the wo/men incarcerate, residing in fed zone, converting positive law into non positive commercial crimes to access wo/men trusts and benefit financially by theft of securities, collecting (coercion) on prepaid debt of sponsor paying in FR (UNCITRAL) debt liabilities, counterfeit securities, extortion, getting clerk of court to lye & comit perjury, destroying, tampering voiding deceptive documents based on private documents sent to Treasury, bureau of consular affairs, US Secretary of State - Antony Blinken, Court of International trade documents not filed, threat and abuse of law & legal process.

peonage, attempting and successful, involuntary servitude, benefitting financially, special maritime and territorial Tm jurisdiction under fraud, fraudulent obtaining from transfer of instruments and securities, transporting of goods - money - securities acquired under false and fraudulent pretenses, every contract from inception (of chattel birth bond assumed name fed public person) = theft of original hard american birth record (Eucharist) breaking fiduciary responsibilities" to beneficiary, duties to communicate failure, fiduciary misappropriation of funds (private equity), extortion, tax evasion, racketeering, Robbery ashore, piracy, laundering instruments, damages (for unjust convictions), Kidnapping, intent to extort, mail threats, directors and officers of member banks knowingly permit agents to steal securities, failure to train, under color of employment extortion, lending credit institutions embezzle, abstracts, persons = will fully misapplies money fund securities, committing securities fraud while using a false or assumed name (U.S. federal public person), harm Kidnapping with deadly weapon, tresspass, (zens and fraud regarding instruments = promissory notes, Taking attempting by force + violence + intimidation, harrassment, breach of rights with dangerous weapon, breach of rights + conspiracy, assault w/ deadly weapon, Organization pretending to be government, Telemarketing email marketers fraud, documents w/ assumed name defrauding Sent under fraudulent pretenses, theft of fathers surname = DOE = Dead on entry, USOC = federal corporation private foreign agency for profit from stolen private equity land estate of America document(s), robbery and extortion affecting interstate or foreign commerce, court administrators administering trust in fraud person financial gain, Lex Mercatoria not adhered to, Concealment of material information in a setting of fiduciary obligations, Antitrust violations, trust fraud, Securities fraud, No privity of contract, all application(s) with Autograph of wo/men = collateral full faith and credit given with our American Birthing of Value and U.S. INC. and all EIN & DUNN's # Corporations who are all federally bound to UNITED STATES and U.S. public commercial debt obligation/statutorially, without authority and Jurisdiction over wo/men, OID's and assessments put upon OOT/FBI/NYD) documents diverted from place in which they were Sent, also 3949A's.

15-19

non termination of military bills of attainer (foreign), hiding of the dead in UNITED STATES / SOCIAL SECURITY / CHATTEL BIRTH BOND buried in independent fidelity offshore mortmain ship yard vessel(s) in Puerto Rico cemetary. made our assumed name corp. guarantor - however w/o the autograph of the wo/men their documents are worthless, enfranchisement, idecement, tax debt is prepaid, court can't be victim because they are trustee(s) however that is where the Attorneys come in w/ a conflict of interest as they are BAR members w/ duty to the crown first, receipts are insurance premiums debt war-rants, all statutory laws created by fed democracy and corp. states must conform to the principles of and original intent of the Constitution and any unconstitutional act(s) is not law; it conferred no right; it imposes no duties, affords no protections; it creates no office it is in legal contemplation as imperative as though it had never been passed, public discharge of debt in perpetuity, all attorneys and judges have surety bonds, maritime laws CAN'T be brought inland ¶, State courts have NO subject matter jurisdiction, a citizen of the USINC = a vessel, the Juris of this court is Invoked ¶, clerks of court have private money investment accounts w/ ETN which are also federally bound to US and US public commercial debt obligations, all federally bound corporations present any documents with the wo/men autograph they receive private equity in sum noted on document presented and get same sum take the private equity of value & present the wo/men with federal counterfeit security liabilities only promises to pay, SS# = federal corporations hunting # which is a Automated tracking ID option for our private equity being used in public for DEBTS / federal taxes they owe America unincorporated evading the paying of their taxes, Cusip is the social security account # for wo/men = Committee on Uniform securities ID process to continue w/ the fraudulent theft of securities, and the Chattel birth bond is the securities which fund their fraudulent reverse trust scheme.. in cemetary law & in cemetary in independent fidelity offshore mortmain vessel(s) shipyard cementary. All buried private equity belonging to this belligerant wo/man who has officially given all UNITED STATES FOREIGN ENEMIES OF AMERICA are given this **Foreign Affidavit/Notice.**

Exodus 20:16
Romans 10: 9-10
Psalms 117

Master's Mate
Plenary land jurisdiction
Juris Prudence

i an a belligerent woman of sound mind and of age,
lay my hand on this 15th day of february in the year of our lord of
two thousand twenty four, an requiring all 1099 OID's be
process with a full forensic audit don for the one's presented &
unprocess due to foreign private for profit bankrupt charterers agents
(UNITED STATES INC) in the USPS offices have redirected, mis-
directed my private documents to their inside agents engaged in
continued fraud. An OID for the county attorney who purchases
block grants for all wo/men of city & state using and oigning for the
use of private equity in public fraudulently, Trust fraud and identity
theft at its finest. Deliberate concealment (at its highest level) of
material information by trustee against beneficiary in fact, distinct
from that which is colorable. Estoppel by deed by the wo/man
Chief Master's Mate, Sui juris of court w/ship owner lien and title
deed. A restitution of all delinquent taxes owed statutorially by
True Obligor. i am also original bailor standing over bailee with
our bailments put in bankruptcy under deception and intentional con-
structive fraud by all federally bound corporations on behalf of
UNITED STATES INC = Foreign for profit (05271-4196 DUNN's#)
bankrupt charterer in fact ... All courts in operation in commercial
USDC (inchoate) administering non positive law in fraudulent reverse
trust scheme accessing wo/men Trust accounts and as trustee(s) for
the administration of trust for True beneficiaries distinct from that which
is colorable, which is a tax jurisdiction court federally bound
by U.S. and U.S. public debt obligations evading paying their taxes
owed to America causing fraud against the court bearing false
witness and professional and Judicial Treason and tyranny. As
you have my federal deced ent tax id you will know of ALL my
property private wo/men are to be put in proper status with all
private property returned those mentioned and not mentioned.
All credentials in proper status Diplomatic identity theft Passport(s)
with I.D's any needed documents a wo/men must sign with phone#

17-19

who may be held liable for non performance or delay. a 1-b Director and incumbent @ 444 grand street, floor 7, pmb+, new york, new york, exempt. decedent tax ID xxxxx8252 is the one in which all documents are to be sent to. the credentials for only 3 post decedents are to be furnished, all predecedents unlatched with unaliernable rights passports with ID's (Diplomatic immunity identity theft), all debt is cancelled for all of my private property i have unlatched them all and claim the taxes. All private equity for immediate transfer to their Treasury Depositary legacy accounts for the first 10 post and predecedents is for grandparents for mother, grandparents for father, parents (post decedents), sibling (post decedent), offspring (predecedent), self (pridecedent), spouse (predecedent). All private equity capital, interests, labor fees and unclaimed unpaid expenses for all are to be on a Treasury direct card in the name of penned document Chief Master's Mate+bank. Stolen securities for all the same, are to be put on 1-b Chief Master's Mate. However labor fee, fibury, + expenses for K1-offspring is to be put on his own account (legacy) Treasury direct and the credit card for 1-b and K-1 is to be for dividend monetary benefits, c-spouse is to be put on 1-b's account credit card with accounting breakdown sent to director - incumbent 1-b (Chief Master's Mate). post decedents dividend monetary benefits unpaid are to be put on 1-b directors card. All other insurance policies liquidated for all, and fixtures, baggage, residue, tangible + intangible all things mentioned and not mentioned when all above and the Vessel(s) belonging to director is to be dug up cleared and brought ashore to America land port of entry US Treasury Depositary where they belong. Any documentation needed is my wish to complete this order along with all 1099 OID'S submitted for tax recovery, as all US debt dollars venue is debt a delinquent tax issue of what they owe America; the dollars is a deferred debt somewhere, this Tax recovery expressed in international units of re-venue is a new venue - Revenue Accrual Accounting bringing all private accounts to zeros and it is in negative numbers (less than whole numbers) and qualifies as a "Small Claim" where as a claim in whole dollars are "assumed to be in whole numbers. The re-venue is the "small-claim" (exempt). Dollars are delinquent tax deferrals in FR debt instruments, held by some one.

Once the issue is returned to "source" the amount is eligible to be paid in dollars (tax paid dollars prepaid) and the dollars must be released to (sponsor, grantor and issuer) authorized Representative for duty to support of the grantor to grantee, executor in privity contract w/ testator & Heir to ancestor in fact distinct from that which is colorable. unlawful delegation of authority

By my hand, this charging action autographed and sealed as Trustee - acting sui juris and just solely in good faith verify all statements in all documents are true, complete and correct under penalty of perjury without foreign private for profit bankrupt charterers UNITED STATES INC.  on this 15th day of february, in the year of our lord Two thousand twenty four AD.

Charged by the Authorized Representative :

_____ - _____

the American Majister

claimed by the Absolute (Blood) Inherit Owner :

ms. _____ , _____

the American Magestrate
legal/equitable titleholder of all registered things

Form 1

State of New York } ss:
County of New York }

## No. 782754

I, **Milton Adair Tingling**, Clerk of the County of New York, and Clerk of the Supreme Court in and for said county, the same being a court of record having a seal, **DO HEREBY CERTIFY THAT**

## MEI XIAO

whose name is subscribed to the annexed original instrument has been commissioned and qualified as a NOTARY PUBLIC.................................................................................................................................
and has filed his/her original signature in this office and that he/she was at the time of taking such proof or acknowledgment or oath duly authorized by the laws of the State of New York to take the same: that he/she is well acquainted with the handwriting of such public officer or has compared the signature on the certificate of proof or acknowledgment or oath with the original signature filed in his/her office by such public officer and he/she believes that the signature on the original instrument is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and my official seal this 31st day of May, 2022

*Milton Adair Tingling*
County Clerk, New York County



irst formed,
nd I further

**ork.**

without the
e all Powers

without the
ove all and

without the
llingly, and
ted church,

without the
illingly, or
atus.

merica and
established
sonation is

tian of the
Honor,
tion Act

**als.**

gned and
:



h and she
he same

a sworn to before i
of *May   2022*

ary Public

## ~~Declaration of the Naturalization Act of July 1779~~

I declare that I am the owner and operator of my vessels on Earth from the moment my zygote first formed, together with all DNA and all substance matter in any way associated with me and my incarnation, and I further declare that I accept my divine origin and all honor, right, title, and material interests I am owed.

I declare my political status as an American state national born within the physical borders of: **New York**.

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I reject, renounce, and remove all Powers of Attorney granted by me or issued under my name prior to this day.

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I reject, renounce, and remove all and any allegiance to any king or prince, any foreign state, foreign government, flag or thing.

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly, and voluntarily pledged myself to any incorporated entity at all, including but not limited to any incorporated church, synagogue, mosque or temple.

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly, or voluntarily pledged myself to any foreign sovereign or separated myself from my birthright political status.

I declare, publish, and affirm under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that my house is established in **New York** County and my home is established in **New York** and no other presumption or impersonation is allowed.

I declare under the aforementioned penalties that I am a Lawful Inheritor, Landlord, Keeper, and Guardian of the Rightful and Lawful Government of this country, acting with Full Right, Authority, Responsibility and Honor, now and always while my tenure on Earth shall last ---- and I present this Declaration of the Naturalization Act of 1779 and place it upon the Public Record of the **New York** Assembly.

### Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.

This Declaration is valid, true, correct and complete in all jurisdictions of law: air, land, and sea. So signed and sealed this _27_ day of the month of May in the year of 2022, All Rights Reserved, Without Prejudice:

by: _: Loretta-belen : ___©_

: Loretta-belen :Griffith©

### Notary Witness

New York State
New York County

I, a public notary, was visited today by the livingWoman known and identified as :Loretta-belen: Griffith and she did sign and seal this Declaration of the Naturalization Act of July 1779 in my presence and did affirm the same in my sight, whereupon I affix my signature and seal as testimony to these facts:

_____ Notary

MEI XIAO
Notary Public, State of New York
No. 01XI6312863
Qualified in Queens County
Certificate filed in New York County
Commission Expires Oct. 6, 20__

Subscribed and sworn to before me this _31st_ day of _May_ _2022_

_____
Notary Public

Form ASN 1-A Revision April 19, 2020

Page 1 of 1

Form 1

No.  782757

State of New York
County of New York } ss:

I, **Milton Adair Tingling**, Clerk of the County of New York, and Clerk of the Supreme Court in and for said

county, the same being a court of record having a seal, **DO HEREBY CERTIFY THAT**

## MEI XIAO

whose name is subscribed to the annexed original instrument has been commissioned and qualified
as a NOTARY PUBLIC................................................................................
and has filed his/her original signature in this office and that he/she was at the time of taking such
proof or acknowledgment or oath duly authorized by the laws of the State of New York to take
the same; that he/she is well acquainted with the handwriting of such public officer or has compared
the signature on the certificate of proof or acknowledgment or oath with the original signature
filed in his/her office by such public officer and he/she believes that the signature on the original instrument
is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and my official seal this
31st day of May, 2022

*County Clerk, New York County*

## Acknowledgement, Acceptance and Deed of Re-Conveyance

I, the living man, Loretta Griffith, being of age, of sound mind and in good health, free of all duress or improper consideration hereby acknowledge, accept, and re-convey my given lawful Trade Name, Loretta Griffith to the land and soil of New York, my native state, together with all derivative names, including Loretta Griffith, Loretta B.Griffith, L.B. Griffith, LORETTA BELEN GRIFFITH, LORETTA B. GRIFFITH, LORETTA GRIFFITH, L. B. GRIFFITH, and all other variations however styled, punctuated, spelled, ordered, or otherwise represented as pertaining to me and my estate, and hereby declare their permanent domicile on the land and soil of New York.

All prior Powers of Attorney, all other prior presumed or granted Executorships, Guardianships, and Agency relationships are terminated and revoked effective with my natural birthday June 15, 1965, as I elect to be recognized as the sole living owner, executor, beneficiary, and agent of my name and estate since my 21st birthday on June 15, 1986.

So said, so signed, and so sealed by my living hand this 8th day of May in the year 2022 by:

By: ___Loretta Griffith___  seal LS
   _All rights reserved_

Witness Jurat

New York}

New York County}

I, a New York, Assembly Recording Secretary, was visited today by the living woman known and identified as Loretta Belen Griffith and he did sign and seal this Acknowledgement, Acceptance and Deed of Re-Conveyance in my presence and did affirm the same in my sight, whereupon I affix my signature and seal as testimony to these facts:

New York Assembly Recording Secretary _____

Revision 06202021                                    Seal

Subscribed and sworn to before me this 31st day of May 2022 by

_____
Notary Public

MEI XIAO
Notary Public, State of New York
No. 01XI6312853
Qualified in Queens County
Certificate filed in New York County
Commission Expires Oct. 6, 20_22

Form 1

**State of New York**
**County of New York** } ss:

## No. 782754

I, **Milton Adair Tingling**, Clerk of the County of New York, and Clerk of the Supreme Court in and for said county, the same being a court of record having a seal, **DO HEREBY CERTIFY THAT**

### MEI XIAO

whose name is subscribed to the annexed original instrument has been commissioned and qualified as a NOTARY PUBLIC..........................................................................................................................
and has filed his/her original signature in this office and that he/she was at the time of taking such proof or acknowledgment or oath duly authorized by the laws of the State of New York to take the same; that he/she is well acquainted with the handwriting of such public officer or has compared the signature on the certificate of proof or acknowledgment or oath with the original signature filed in his/her office by such public officer and he/she believes that the signature on the original instrument is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and my official seal this 31st day of May, 2022

*Milton Adair Tingling*
*County Clerk, New York County*





irst formed,
nd I further

⟩rk.

without the
: all Powers

without the
ove all and

without the
llingly, and
:ted church,

without the
illingly, or
atus.

merica and
established
sonation is

lian of the
Honor,
tion Act

ils.

gned and
::

h and she
he same

d sworn to before
of *May* ₂₀₂₂

ary Public

## ~~Declaration of the Naturalization Act of July 1779~~

I declare that I am the owner and operator of my vessels on Earth from the moment my zygote first formed, together with all DNA and all substance matter in any way associated with me and my incarnation, and I further declare that I accept my divine origin and all honor, right, title, and material interests I am owed.

I declare my political status as an American state national born within the physical borders of: **New York**.

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I reject, renounce, and remove all Powers of Attorney granted by me or issued under my name prior to this day.

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I reject, renounce, and remove all and any allegiance to any king or prince, any foreign state, foreign government, flag or thing.

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly, and voluntarily pledged myself to any incorporated entity at all, including but not limited to any incorporated church, synagogue, mosque or temple.

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly, or voluntarily pledged myself to any foreign sovereign or separated myself from my birthright political status.

I declare, publish, and affirm under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that my house is established in **New York** County and my home is established in **New York** and no other presumption or impersonation is allowed.

I declare under the aforementioned penalties that I am a Lawful Inheritor, Landlord, Keeper, and Guardian of the Rightful and Lawful Government of this country, acting with Full Right, Authority, Responsibility and Honor, now and always while my tenure on Earth shall last ---- and I present this Declaration of the Naturalization Act of 1779 and place it upon the Public Record of the **New York** Assembly.

### Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.

This Declaration is valid, true, correct and complete in all jurisdictions of law: air, land, and sea. So signed and sealed this _27_ day of the month of May in the year of 2022, All Rights Reserved, Without Prejudice:

by: *: Loretta-belen : [signature]* ©

: Loretta-belen :Griffith©

### Notary Witness

New York State
New York County

I, a public notary, was visited today by the living Woman known and identified as :Loretta-belen: Griffith and she did sign and seal this Declaration of the Naturalization Act of July 1779 in my presence and did affirm the same in my sight, whereupon I affix my signature and seal as testimony to these facts:

_____ Notary

MEI XIAO
Notary Public, State of New York
No. 01X16312863
Qualified in Queens County
Certificate filed in New York County
Commission Expires Oct. 6, 20___

Subscribed and sworn to before
this _31st_ day of _May_ _2022_

Notary Public

Form ASN 1-A Revision April 19, 2020

Page 1 of 1

Form 1

State of New York }
County of New York } ss:

No. 782745

I, **Milton Adair Tingling**, Clerk of the County of New York, and Clerk of the Supreme Court in and for said county, the same being a court of record having a seal, **DO HEREBY CERTIFY THAT**

**MEI XIAO**

whose name is subscribed to the annexed original instrument has been commissioned and qualified as a NOTARY PUBLIC............................................................................................ and has filed his/her original signature in this office and that he/she was at the time of taking such proof or acknowledgment or oath duly authorized by the laws of the State of New York to take the same: that he/she is well acquainted with the handwriting of such public officer or has compared the signature on the certificate of proof or acknowledgment or oath with the original signature filed in his/her office by such public officer and he/she believes that the signature on the original instrument is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and my official seal this 31st day of May, 2022



_County Clerk, New York County_

ship
of full
ther
of

of
rm
im

d

ore me
22  by

did
ness

# ACT OF EXPATRIATION
# AND OATH OF ALLEGIANCE

Whereas LORETTA GRIFFITH is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure LORETTA GRIFFITH willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HER birth known as New York and does freely affirm HER allegiance to the same actual and organic state of the Union and does accept and reclaim HER true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Griffith, Loretta Belen, 460 Grand Street,  New York, Near Postal Code Extension [4049].



This Witness Testimony verifies the identity of the living woman shown
in this photograph to establish their political status choice as an American
State National or American State Citizen, depending on her choice.

Name of the woman appearing in this photo: :Loretta: Griffith. c

:Loretta: Brif.

ALL RIGHTS RESERVED, WITHOUT PREJUDICE
Physical address of the woman appearing in this photo:
in care of: 460 Grand Street, New York, Near Postal Code Extension [4049]



Subscribed and sworn to before me
this 31st day of May 2022 by

Notary Public

Notary Witness

New York State.     }
New York County  }

Before me this 31st day of May 2022 did appear one LORETTA GRIFFITH and she did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal:

_____ Notary.

Seal

MEI XIAO
Notary Public, State of New York
No. 01XI6312853
Qualified in Queens County
Certificate filed in New York County
Commission Expires Oct. 6, 20__

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

*VOID VOID VOID VOID*

DIVISION OF REC
DEPARTMENT OF
BOROUGH OF B

FILED JUN 17 9 45

Registration Date e of Birth

← Fraud unregister my Property

Certificate No. 1   Record my Property on the land

1. Full name of child (PRINT) — First name ▓▓▓   Middle name   Last name G▓▓▓

2. Sex — FEMALE

3. Number of children born of this pregnancy — ONE

4. If more than one, number of this child in order of birth

5. Date of child's birth — (Month) (Day) (Year) 1965   5a. Hour ▓▓ P.M.

6. PLACE OF BIRTH
(a) NEW YORK CITY: (b) Borough — BRONX
(c) Name of Hospital or Institution — MORRISANIA C.I.T.Y.
(d) If not in hospital, street address No. ........... Ave. St.

7. USUAL RESIDENCE OF MOTHER:
(a) State — NEW YORK
(b) Co — BRONX   Born on ↑ 2RK New York land Mass
(d) No. — 304 EA   Ave. St.

8. Full name — FATHER — E▓▓▓ C▓▓▓

9. Age at time of this birth — 27 years

10. Birthplace (city or place and State, or country) — NEW YORK NEW YORK

11a. Usual Occupation — CLERK

11b. Kind of business or industry in which work was done — CLOTHING FACTORY

12. Full maiden name — C▓▓▓

13. Age at time of this birth — 22 years

14. Birthplace (city or place and State, or country) — PUERTO RICO

15a. Total number of children BORN ALIVE PREVIOUS to this pregnancy — 1

15b. Number of children born PREVIOUS to this pregnancy and NOW LIVING — 1

I hereby certify that this child was born alive at the hour and on the date stated above, and that all the facts stated in this certificate and report of birth are true to the best of my knowledge, information and belief.

Date of Report — June 16 1965   A.M. D.O.

(Signed) Marie A. Radna
Name of Signer — MARIE A. RADNER (Print or typewrite)
Address — MORRISANIA CITY HOSPITAL

Given name added from a supplemental report ........... (Date of) ...........
Borough Registrar.

Print here the mailing address of mother.→
Copy of this certificate will be mailed to her when it is filed with the Department of Health.

Name — MRS C▓▓▓ G▓▓▓
Address — 304 EAST 156 ST Apt 6B
City — BRONX   Post Office Zone 51   State NY

↑ 2ed Zone

Fraud ! Unregister my Property Now

1 3 4 0 0 0 0 2 9 7 8 9 0

BUREAU OF RECORDS AND STATISTICS   DEP                   NEW YORK

This is to certify that the foregoing is a true copy of a record on file in the D... and Mental Hygiene. The Department of Health and Mental Hygiene does not... the statements made thereon as no inquiry as to the facts has been provide...

I do not accept this transcript unless it bears the security features listed on the ... or alteration of this transcript is prohibited by §3.19(b) of the New York Ci... purpose is the evasion or violation of any provision of the Health Code or other law.

May 20, 2022

The City of New York

*Foreign*

**Form 56-F**
(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

**Notice Concerning Fiduciary Relationship of Financial Institution**
(Internal Revenue Code sections 6036, 6402, and 6903)
▶ Go to *www.irs.gov/Form56F* for the latest information.

OMB No. ~~~~

For IRS ~~~~

**Part I   Identification**

1  Name of financial institution (as shown on return)  *TATE*

2  Employer identification number  *4376*

3  Address of financial institution (number, street, and room or suite no.)  *460 Grand Street 7F Non-Resident*

4  City, state, and ZIP code  *New York, New York 10002*

5  Telephone no.

6  Check the applicable box for the type of financial institution:  ☒ Bank   ☐ Thrift   *06/17/1965*

7  Check here ▶ ☐ if the financial institution is insolvent.

8  Enter the ending date of the financial institution's tax year (mo., day, yr.)  ▶ *once fraud inception*

9  Fiduciary's name  *PRIVATE BANK E&T*

10  Contact person

11  Address of fiduciary (number, street, and room or suite no.)  *Co 460 grand street 7F Non resident*

12  City or town, state, and ZIP code  *New York, New York republic*

13  Telephone no.

14  Check the applicable box if the fiduciary is a:
☒ Receiver   ☐ Conservator

15  Check this box ▶ ☐ if the financial institution is or was a member of a group filing a consolidated return and complete lines 16 to 21 below:
Lines 16 through 21 are to be completed only if the financial institution is or was a member of a group filing a consolidated return.

16  Name of person for whom you are acting (as shown on the tax return)

17  Employer identification number

18  Address of the common parent (number, street, and room or suite no.)

19  City, state, and ZIP code

20  Check here ▶ ☐ if a copy of this form has been sent to the common parent of the group.

21  Enter the tax year(s) that the financial institution is or was a member of the consolidated group ▶

**Part II   Authority**

22  Evidence of fiduciary authority. Check applicable box(es), and attach copy of applicable orders:
a ☐ Appointment of conservator
b ☐ Replacement of conservator  *Estate Birthright - born upon landmass new york*
c ☐ Appointment of receiver
d ☐ Order of insolvency
e ☒ Other evidence of creation of fiduciary relationship (describe) ▶ *Original "Letters Patent" for private bank registration*

**Part III   Tax Notices**

23  All notices and other written communications with regard to income, employment, and excise taxes of the financial institution (listed on line 1) will be addressed to the fiduciary. Indicate below if other notices and written communications should be addressed to the fiduciary. Include the type of tax, tax periods, or years involved.
*This Private Bank - ESTATE has NON - Non USURY Account 508C1A*

**Part IV   Revocation or Termination of Notice**

**Section A—Total Revocation or Termination**

24  Evidence of termination or revocation of fiduciary authority (Check applicable box(es)):
a ☐ Certified copy of court order revoking fiduciary authority attached.
b ☐ Copy of certificate of dissolution or termination of a business entity attached.
c ☒ Other evidence of termination of fiduciary relationship (describe) ▶ *PL 97-280 Fraud vitiates all contracts from inception*

**Please Sign Here**
Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete. *without USDC*
*All rights reserved    of the family*

Fiduciary's signature *Executor, in privity with testator*
Title, if applicable
Date *On this 15 day of September in the year of our lord Two thousand twenty three*
*Individual Banker Agent*
*Ambassador for, of and in Christ*

For Paperwork Reduction Act Notice, see back of form.    Form 56-F (Rev. 12-2021)

*Correction* — *Foreign W-8BEN Affidavit as a S.S. Vessel Owner*

**Form W-8BEN**

**Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals)**

(Rev. October 2021)

Department of the Treasury
Internal Revenue Service

▶ For use by individuals. Entities must use Form W-8BEN-E.
▶ Go to www.irs.gov/FormW8BEN for instructions and the latest information.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

*my certificate of Foreign Exempt Status; an American Mortgagor/Vessel Owner per my S.S. Charter with the Foreign State Social Security Administration - S.S. Charterer/Mortgagee. The S.S. Charterer/Mortgagee is holding the S.S. Vessel Guarantor Account in an off-shore Depository; therefore the S.S. Charterer and Sub-Charterers/Freighters are the ones required to Pay all required Taxes. Are all latched to Oaths of Office bound to Constitution Article 6, Clause 3*

**Note:** If you are resident in a FATCA partner jurisdiction (that is, a Model 1 IGA jurisdiction with reciprocity), certain tax account information may be provided to your jurisdiction of residence.

## Part I — Identification of Beneficial Owner (see instructions)

1 Name of individual who is the beneficial owner *Private Bank Individual — Banker Fiduciary*

2 Country of citizenship *Estate — Birthright New York*

3 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address. *(Foreign Domicile)*
*CO 460 Grand Street 7th floor PMB F* *Non Resident*

City or town, state or province. Include postal code where appropriate. *New York, New York*
Country *New York US of America*

4 Mailing address (if different from above)
*CO 460 Grand Street 7th floor PMB F*

City or town, state or province. Include postal code where appropriate. *New York*
Country *New York US of America*

5 U.S. taxpayer identification number (SSN or ITIN, if required) (see instructions) *Chartered Vessel Foreign Bank Rating # Vessel Owners Agent/Attorney in Fact EIN*

6a Foreign tax identifying number (see instructions) *Lien # 4376*
6b Check if FTIN not legally required . . . . . . . . . ☒

7 Reference number(s) (see instructions) *Universal Commercial and U.S. Constitutional - Chartering Laws/Statutes*

8 Date of birth (MM-DD-YYYY) (see instructions) *15th day June, Nineteen Hundred 65*

## Part II — Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

9 I certify that the beneficial owner is a resident of *Foreign Charter (FFI)* within the meaning of the income tax treaty between the United States and that country. *American Chartered Vessel Protected by Treaty, Declaration of Independence and*

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article and paragraph *Statutory Cessar's Cessar's Clause* of the treaty identified on line 9 above to claim a *0* % rate of withholding on (specify type of income): *Clause; as a Tax Exempt*

Explain the additional conditions in the Article and paragraph the beneficial owner meets to be eligible for the rate of withholding: *Cessar's Streems of Age Clause. Foreign Individual Bankers and Private Bank Owned Vessel under foreign charter, with Foreign Controlled and*

## Part III — Certification SS Charterer, known as Social Security Administration, a Foreign Off-Shore Financial Individual Vessel

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

• I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income or proceeds to which this form relates or am using this form to document myself for chapter 4 purposes;

• The person named on line 1 of this form is not a U.S. person; *No latches - Judicial Act 1793, Sect 31*

• This form relates to: *Vessel Owner and Fiduciary over all of my Charter Contracts*
(a) income not effectively connected with the conduct of a trade or business in the United States; *done by election*
(b) income effectively connected with the conduct of a trade or business in the United States but is not subject to tax under an applicable income tax treaty;
(c) the partner's share of a partnership's effectively connected taxable income; or
(d) the partner's amount realized from the transfer of a partnership interest subject to withholding under section 1446(f);

• The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country; and

• For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.

*Banking Chartering Corporation of the UNITED STATE Commercial Corporation. This American Chartered Vessel is protected by Treaty, Declaration of Independence and Statutory Cessar's Clause as a Tax Exempt Free Woman of Age*

**Sign Here**
*Sealed key* ▶
*Verify — All Rights Reserved*
*I certify that I have the capacity to sign for the person identified on line 1 of this form without Bankrupt UNITED STATES INC. per the Universal Chartering Laws and the Law of the "United States of America"*

Signature of beneficial owner (or individual authorized to sign for beneficial owner)
*Prosecutor*

Date (MM-DD-YYYY)

Print name of signer *Foreign Fiduciary, Attorney-in-Fact*
*Individual Banker of a Private Bank Capacity in which acting as Agent*

For Paperwork Reduction Act Notice, see separate instructions.
Cat. No. 25047Z
Form **W-8BEN** (Rev. 10-2021)

*No further interference with my right to sell Sovereign - A Penalty of 999 Trillion Arbitral units of Re-venue are assessed and payable on demand for Terrorism. I require all my credentials and Diplomat Identity, Theft, Passport Immediately.*

*United States of America*

# State of New York
## Department of State

**It is hereby certified,** that **Milton Adair Tingling** was Clerk of County of **New York** in the State of New York,

and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed

certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County

and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that

full faith and credit may and ought to be given to said Clerk's official acts.

**In Testimony Whereof,** the Department of State Seal
is hereunto affixed.

Witness my hand at the city of Albany

this 21st day of June Two Thousand and Twenty-Two



_Whitney A. Clark_
Whitney A. Clark
Deputy Secretary of State for Business and Licensing Services

1825094
210CC(REV: 09/25/12)



# MANDATORY NOTICE
## Foreign Sovereign Immunities Act
### Sections 1605 and 1607
### NOTICE OF LIABILITY:
### 18 USC 2333, 18 USC 1341 and 1342

This MANDATORY NOTICE is provided to all **Territorial United States** District and State and County Courts, their officers, clerks, bailiffs, sheriffs, deputies, and employees and **all Municipal Appointees** including their DISTRICT, STATE, and COUNTY COURTS, their OFFICERS and EMPLOYEES:

The vessels doing business as Loretta Griffith and not limited to Loretta B. Griffith, LORETTA BELEN GRIFFITH, Loretta Belen Griffith, LORETTA B. GRIFFITH, LORETTA GRIFFITH, Loretta Belen GRIFFITH, LORETTA BELEN, together with all derivatives and permutations and punctuations and orderings of these names, are not acting in any federal territorial or municipal capacity and have not knowingly or willingly acted in any such capacity since the day of nativity: June 15, 1965. All vessels are duly claimed by the Holder in Due Course and held under published Common Law Copyright since June 15, 1965.

These vessels are publishing **MANDATORY NOTICE** that they are **Foreign Sovereigns** from the New York, New York, of **The United States of America**. This is your **MANDATORY NOTICE** that these above-named vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit; you are also hereby provided with **MANDATORY NOTICE** that these vessels are **not subject** to Territorial or Municipal United States law and are owed **The Law of Peace**, Department of the Army Pamphlet 27-161-1, from all Territorial and Municipal Officers and employees who otherwise have no permission to approach or address them.

Any harm resulting from trespass upon these vessels or the use of fictitious names or titles related to them shall be subject to full commercial liability and penalties: 18 USC 2333, 18 USC 1341 and 1342.

So said, signed, and sealed this __31st__ day of __May__ 2022 in New York County, New York, The United States of America:    *All rights reserved without prejudice.*

By: _____ ©
:Loretta-belen: Griffith.©, All Rights Reserved, without prejudice.

### Notary Witness and Acknowledgement

New York State    )
New York County    )

Today before me, a Public Notary is the living woman known to me to be Loretta-belen :Griffith. and she did issue this MANDATORY NOTICE as shown and she also affirmed her testimony as shown before me this __31st__ day of ~~June~~ May in the year 2022 in Witness whereof I set my Signature and Seal:

_____ Public Notary

Subscribed and sworn to before me this 31st day of May 2022 by
_____
Notary Public

MEI XIAO
Notary Public, State of New York
No. 01XI6312663
Qualified in Queens County
Certificate filed in New York County
Commission Expires Oct. 8, 20__



### UNITED STATES OF AMERICA
### ÉTATS-UNIS D'AMERIQUE
### СОЕДИНЕННЫЕ ШТАТЫ АМЕРИКИ

## MOVEMENT ORDERS
## LAISSEZ-PASSER
# ПУТЕВКА

| Name<br>Nom, Prénom<br>Фамилия, Имя | Rank<br>Qualité<br>Чин | Nationality<br>Nationalité<br>Гражданство | Identity Document No.<br>Pièce d'identité No.<br>№ удостоверения личности |
|---|---|---|---|
| ████ P | A/ | American | AF |

is / are authorized to travel from        to        and return
est / sont autorisé(s) à se rendre de     à        et retour
уполномочен/уполномочены    Helmstedt    в   Berlin   и обратно
следовать из

by train or by vehicle No.
par le train ou par voiture No.
поездом или на автомашине №

from (date)            to (date)            inclusive
du (date)            au (date)          inclus
от (число)   ████ 9    по (число)   ████ 9    включительно

by
par

#### The Commander-in-Chief of the United States Army, Europe
#### Le Commandant-en-Chef de l'Armée Americaine en Europe
#### Главнокомандующим Американской Армии в Европе.

Signature
Подпись     *[signature]*

P. E. O'CONNOR
Title    Lt Col AGC
Qualité
Звание    Asst AG

Date    2 3 MAR 1959
Число

