UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORETTA HUDSON; CALVIN HUDSON,<br><br>                      Plaintiffs,<br><br>      -against-<br><br>SOUTHEAST GRAND STREET GUILD;<br>WAVECREST MANAGEMENT;<br>SLOCHOWSKY & SLCHOWSKY LLP,<br><br>                      Defendants. | 24cv1319 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 18, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 18, 2024
           New York, New York

                                                      /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                         Chief United States District Judge